UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re: Richard D. Abbott
1426 Hartford Avenue # 6
Johnston, Rhode Island 02919

Misc. 05-0109S

NOTICE

Earlier this day you appeared at the Clerk's Office and requested a certificate of good standing as a member of the bar of this Court, which certificate was issued to you. At the time the certificate was issued, our records indicated that you were admitted to the bar of this Court on June 8, 1984, and there was no record of any disciplinary action by this Court. However, my office has subsequently learned that you had been suspended from the bar of the Commonwealth of Massachusetts on September 12, 2001, which suspension is still in effect. My office has also learned that you were suspended from the bar of the State of Rhode Island in 1995, which suspension is also still in effect. My office has no record of having been notified of these suspensions, and you failed to disclose this information at the time you requested the certificate of good standing. Local Rule 4(e)(4) of this Court provides that any attorney who has been suspended from practice by the highest court of any state in which he practices is suspended from practicing before this Court.

Therefore, in accordance with Local Rule 4(e)(4), you are currently suspended from practicing before this Court, and the certificate of good standing that was issued today is hereby rescinded. A copy of this Notice is being sent to you by regular and certified mail.

September 6, 2005

David A. DiMarzio
Clerk of Court